**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
[illegible stamp]

2023 MAR 17 PM 12:42

DEPUTY CLERK ___K___

Ryan C. Salazar #173119
Plaintiff's Name and ID Number

Lubbock County Sheriffs Office (Detention Center)
Place of Confinement

CASE NO. 5-23CV-054-H
(Clerk will assign the number)

v.

Lubbock Sheriffs Office (K-9 division - Dog Handler)
Defendant's Name and Address

Lubbock Sheriffs Office (SWAT)
Defendant's Name and Address

Lubbock Sheriffs Office (LCSO)
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
2023 MAR 17 PM 12:42
DEPUTY CLERK _____

Ryan C. Salazar #173119
Plaintiff's Name and ID Number

Lubbock County Sheriffs Office (Detention Center)
Place of Confinement

CASE NO. 5-23CV-054-H
(Clerk will assign the number)

v.

Lubbock Sheriffs Office (K-9 division - Dog Handler)
Defendant's Name and Address

Lubbock Sheriffs Office (SWAT)
Defendant's Name and Address

Lubbock Sheriffs Office (LCSO)
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis,* the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: n/a
      2. Parties to previous lawsuit:
         Plaintiff(s) n/a
         Defendant(s) n/a
      3. Court: (If federal, name the district; if state, name the county.) n/a
      4. Cause number: n/a
      5. Name of judge to whom case was assigned: n/a
      6. Disposition: (Was the case dismissed, appealed, still pending?) n/a
      7. Approximate date of disposition: n/a

2

II. PLACE OF PRESENT CONFINEMENT: Lubbock County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Ryan C. Salazar 5417 6th Street, Lubbock Texas 79416

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lubbock Sheriffs Office (K-9 dog handler) K-9 division, Lubbock Sheriffs office, P.O. Box 10535, Lubbock, Texas 79408-3535

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officer disengaged his deadly weapon to wit K9 on me (Plaintiff) excessively causing serious bodily injury

Defendant #2: Lubbock Sheriffs Office (SWAT)(Gang Unit)(Arresting Officers) LSO, P.O. Box 10535 Lubbock, TX 79408-3535

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cheered on dog causing negligence for over 30 seconds and excessively grabbed injured arm – arm.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Wednesday, February 16th, 2023, LSO's (SWAT)(Gang Unit) and K-9 Division forced entry into my grandmothers home serving 1 year old warrants and found plaintiff (Ryan Salazar) asleep in my grandmothers vehicle. When I (the plaintiff) was located I was directed to put my hands up in the air, in which I did with no hesitation. I then yelled, "I'm not resisting, my hands are up!" The K-9 dog handler (Defendant #1) then disengaged his deadly weapon to wit: K-9 on (plaintiff) and commanded the K-9 to aggressively attack me as well as have the K-9 do maneuvers/tactics like yanking my arm down causing serious bodily injury. (ATTACHED BLANK PAGE)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I plaintiff am asking for 3 million dollars (pain and suffering) for future medical costs as well as for lost work wages as my job/career as barber requires both hands/arms to use as well as for negligence, excessive force, police brutality.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
   Ryan Christopher Salazar, Chino

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
   02027629 (TDCJ) 173119 (LSO)

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): n/a
   2. Case number: n/a
   3. Approximate date sanctions were imposed: n/a
   4. Have the sanctions been lifted or otherwise satisfied? n/a ___YES ___NO

4

and allowing K-9 (dog) to attack me for about 30- to 45 seconds, meanwhile, (Defendents #2) watched, laughed, and yelled comments such as "Fuck yes," and "Hell yeah" entertained by the aggressiveness of the K-9. When finally ordered to stop, I wailed in pain, "You cant do this, thats excessive!" The officer/officers (Def #1)(Def #2) arresting officers yanked my then exposed flesh, muscle, and tendon arm and squeezed it excessively demanding me to "shut up." I was then put into the back of an ambulance and rushed to UMC trauma center for cat scans, x-rays, evaluated for emergency surgery, was given about 20-30 stitches, suffer from nerve damage, deformation of the left arm, undergo wound care everyday as well as fighting infections from the damage done to this day.

C. Has any court ever warned or notified you that sanctions could be imposed?   _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): n/a
   2. Case number: n/a
   3. Approximate date warning was issued: n/a

Executed on: 3/10/2023
            DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   10th   day of   March  , 20 23 .
              (Day)              (month)         (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5